**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LILEEN DUNN,

    Plaintiff,

v.     Case No: 5:15-cv-273-Oc-30PRL

EQUIFAX INFORMATION SERVICES LLC and PINNACLE CREDIT SERVICES, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice as to Defendant Equifax Information Services LLC (Dkt. #33) and the Joint Stipulation of Dismissal With Prejudice as to Defendant Pinnacle Credit Services, LLC (Dkt. #32). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record